**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 10-7254**

_____

UNITED STATES OF AMERICA,

              Plaintiff – Appellee,

        v.

DESHAUN DENNIS,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   Richard D. Bennett, District Judge.
(1:10-cv-00052-RDB; 1:08-cr-00012-RDB-2)

_____

Submitted:  October 31, 2011      Decided:  November 15, 2011

_____

Before WILKINSON, AGEE, and KEENAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Deshaun Dennis, Appellant Pro Se.  Harry Mason Gruber, Kwame
Jangha Manley, Assistant United States Attorneys, Baltimore,
Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Deshaun Dennis seeks to appeal the district court's order denying relief on his 28 U.S.C.A. § 2255 (West Supp. 2011) motion. The order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B) (2006). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2006). When the district court denies relief on the merits, a prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of the constitutional claims is debatable or wrong. Slack v. McDaniel, 529 U.S. 473, 484 (2000); see Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003). When the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable, and that the motion states a debatable claim of the denial of a constitutional right. Slack, 529 U.S. at 484-85. We have independently reviewed the record and conclude that Dennis has not made the requisite showing.[*] Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts

_____

[*] Although the district court did not expressly address Dennis's claim under the Speedy Trial Act, we have reviewed it and find it to be without merit.

and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED